IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHILO BILL NIGHTSHOOT, <br><br> Defendant. | CR-11-31-GF-BMM <br><br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 11, 2022. (Doc. 56.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 10, 2022. (Doc. 51.) The United States accused Shilo Bill Nightshoot (Nightshoot) of violating his conditions of supervised release 1) by committing other crimes; and 2) by consuming alcohol. (Doc. 47.)

At the revocation hearing, Nightshoot admitted that he had violated the conditions of his supervised release 1) by committing other crimes; and 2) by consuming alcohol.  (Doc. 51.)  Judge Johnston found that the violations Nightshoot admitted proved to be serious and warranted revocation, and recommended that Nightshoot receive a custodial sentence of 14 months, with no supervised release to follow. Judge Johnston recommended Nightshoot serve his term of custody at the Federal Correctional Institution in Sandstone, Minnesota. (Doc. 56.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 56) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Shilo Bill Nightshoot be sentenced to the Bureau of Prisons for 14 months, with no of supervised release to follow.  Nightshoot should serve his term of custody at the Federal Correctional Institution in Sandstone, Minnesota.

DATED this 26th day of May, 2022.

_____
Brian Morris, Chief District Judge
United States District Court